Nicholas J. Delzotti
Chapter 7 Bankruptcy Trustee
P.O. Box 20117
Newark, N.J. 07102
(973) 622-3464 Fax (973) 622-6688
Nick9151@aol.com

---

| | | |
|---|---|---|
| In the Matter of | : | UNITED STATES BANKRUPTY COURT |
|  | : | DISTRICT OF NEW JERSEY |
|  | : | Chapter 7 |
| CHANG, MINA KYUNG | : | Case # 17-13059 VFP |
| Debtor | : | |

---

### APPLICATION FOR ENTRY OF CONSENT ORDER EXTENDING DEADLINES UNDER SECTIONS 522, 523(a) AND 727

TO:   HONORABLE, VINCENT F. PAPALIA.
       UNITED STATES BANKRUPTCY JUDGE

The application of Nicholas J. Delzotti respectfully requests:

1) I am the duly qualified Chapter 7 Trustee of the estate of the captioned debtor, having been appointed to said office on

2) The Section 341(a) meeting in this case was scheduled for 03/17/2017

3) The Section 341(a) meeting was adjourned to 04/13/2017

4) As a precondition of the Trustee's granting an adjournment, the Trustee requested debtor's consent to extend the deadline to object to the debtor's discharge under Rule 4004, the deadlines to object to the discharge ability of a debt under Rule 4007, and the deadline to object to the debtor's claim of exemptions under Rule 4003.

5) Enclosed herewith is an executed Consent Order extending said deadlines for a period of 90 days.

**WHEREFORE**, your applicant requests the entry of the enclosed Consent Order Extending the deadline for the Trustee and creditors to object to the debtor's discharge and the discharge of debts.

                                              /S/Nicholas J. Delzotti
                                              Nicholas J. Delzotti, Trustee

DATED:  04/20/2017