Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.: 17−13059−VFP
                       Chapter: 7
                       Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mina Kyung Chang
   aka Kyung Chang, aka Mina Chang
   216 4th Street
   1st Floor
   Palisades Park, NJ 07650

Social Security No.:
   xxx−xx−4842

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on April 24, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 14 − 12
Consent Order Extending Time for for U.S. Trustee and Chapter 7 Trustee to Object to Discharge to 8/14/2017 (Related Doc # [Granting Motion12]). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/24/2017. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 24, 2017
JAN: jf

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-13059-VFP
Mina Kyung Chang                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1             Date Rcvd: Apr 24, 2017
                         Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db             +Mina Kyung Chang,    216 4th Street,    1st Floor,    Palisades Park, NJ 07650-3052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
      Daniel V Remer    on behalf of Debtor Mina Kyung Chang dremer@ligalaw.com,
       dremer@ecf.courtdrive.com;sliga@ligalaw.com
      Denise E. Carlon    on behalf of Creditor   Wilmington Trust, National Association, not in its
       individual capacity, but solely as trustee for VM Trust Series 3, a Delaware Statutory Trust
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
       NJ58@ecfcbis.com
      Nicholas J. Delzotti     nick9151@aol.com,  NJ58@ecfcbis.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 5