| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>NICHOLAS J. DELZOTTI<br>P.O. Box 20117<br>Newark, New Jersey 07102<br>(973) 622-3464 Fax (973) 622-6688<br>Nick9151@aol.com | Order Filed on April 24, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>CHANG, MINA KYUNG | Case No.: 17-13059 VFP<br>Adv. No.:<br><br>Hearing Date: 05/23/2017<br><br>Judge: VINCENT F. PAPALIA |

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

DATED: April 24, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

NICHOLAS J. DELZOTTI
P.O. Box 20117
Newark, New Jersey 07102
(973) 622-3464 Fax (973) 622-6688
Email: Nick9151@aol.com

| In re: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| CHANG, MINA KYUNG | : | Chapter 7 Case No. 17-13059VFP |
| Debtor | | |

## CONSENT ORDER EXTENDING DEADLINES

THIS MATTER having been opened to the Court on Application by Nicholas J. Delzotti, Interim Chapter 7 Trustee, seeking the entry of an order extending the deadlines for objections to discharge of the debtor, dischargeability of debts, exemptions claimed by the debtor, or, dismissal for substantial abuse; and the court having considered the application; and the parties and/or their counsel having consented to the above and entry of the written order; and for good cause shown,

ORDERED that the last date for the United States Trustee and Chapter 7 Trustee or any party in interest, to file objections to: exemptions under Section 522; discharge under Section 727; dischargeability of the debts under Section 523 (a); or, Dismissal under Section 707 (b) and the Federal Rules of Bankruptcy Procedures applicable to said Code Sections, is extended for a period of 90 days.*

*from the date of entry of this Order.

We consent to the form and entry of the above order.

_____          _____
NICHOLAS J. DELZOTTI                  DANIEL V REMER

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 17-13059-VFP
Mina Kyung Chang                                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                Page 1 of 1              Date Rcvd: Apr 24, 2017
                               Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db              +Mina Kyung Chang,    216 4th Street,    1st Floor,    Palisades Park, NJ 07650-3052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Daniel V Remer    on behalf of Debtor Mina Kyung Chang dremer@ligalaw.com,
               dremer@ecf.courtdrive.com;sliga@ligalaw.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for VM Trust Series 3, a Delaware Statutory Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,    NJ58@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5