UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-13059 |
|---|---|---|
| CHANG, MINA KYUNG | Chapter: | 7 -- Liquidation |
| | Judge: | VINCENT F. PAPALIA |

**NOTICE OF PROPOSED ABANDONMENT**

 Nicholas J. Delzotti , Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable VINCENT F. PAPALIA on 07/11/2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Property is located at<br>216 4th Street<br>Palisades Park, NJ  07650<br>Property has a fair market value of $775,000.00 per Zillow evaluation |
|---|---|

| Liens on property: | Mortgage is held by<br>Wilmington Trust National Assoc.<br>with a balance of<br>$945,945.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Nicholas J. Delzotti

Address:     PO Box, 20117, Newark, NJ 07102

Telephone No.:  (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:   
Mina Kyung Chang   
    Debtor

Case No. 17-13059-VFP   
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1                  Date Rcvd: Jun 01, 2017   
                           Form ID: pdf905          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
```
db             +Mina Kyung Chang,    216 4th Street,    1st Floor,    Palisades Park, NJ 07650-3052
516650311     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  A H F C,     201 Little Falls Dr,    Wilmington, DE 19808)
516650312      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516650313     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
516650315       CMRE Financial Services Inc.,    3075 E. Imperial Highway,    Suite 200,    Brea, CA 92821-6753
516650314      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516650317      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
516650318       Memorial Hermann,    Patient Business Services,    P.O. Box 4370,    Houston, TX 77210-4370
516650319       Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
516650320      +Wilmington Trust, NA,    c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2017 22:54:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2017 22:54:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516650316      +E-mail/Text: mrdiscen@discover.com Jun 01 2017 22:54:06      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address   
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
```
              Daniel V Remer    on behalf of Debtor Mina Kyung Chang dremer@ligalaw.com,
               dremer@ecf.courtdrive.com;sliga@ligalaw.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for VM Trust Series 3, a Delaware Statutory Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```